**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000081
21-SEP-2022
08:17 AM
Dkt. 175 OCOR**

NO. CAAP-22-0000081

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JAMES YEE MARN, JR., as a limited partner of McCully Associates, a Hawaii registered limited partnership, for and on behalf of McCully Associates and its limited partners, Plaintiff-Appellee, v. MCCULLY ASSOCIATES, a Hawaii registered limited partnership; ALA WAI INVESTMENT, INC., a Hawaii corporation, as general partner of MCCULLY ASSOCIATES; ERIC Y. MARN, individually and as officer and agent for ALA WAI INVESTMENT, INC., Defendants-Appellees, and ALEXANDER Y. MARN, Defendant-Appellant, and JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC980005371)

ORDER OF CORRECTION
(By: Ginoza, Chief Judge for the court[1])

IT IS HEREBY ORDERED that the Order Granting Motions to Dismiss Appeal, filed on September 12, 2022, is hereby corrected as follows:

1. At page 3, two lines from the bottom, February 4, 2019 should be December 27, 2021, so that the line reads as follows:

Approving Distributions, and enforcement of its December 27, 2021

---

[1] Ginoza, Chief Judge, Leonard and McCullen, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, September 21, 2022.

FOR THE COURT

/s/ Lisa M. Ginoza
Chief Judge